IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK KERRY CRENSHAW, | : | |
| Petitioner, | : | 1:17-cv-0026 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |

# ORDER

### January 23, 2017

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED as follows:

1. The motion (Doc. 2) for leave to proceed *in forma pauperis* is GRANTED for the sole purpose of the filing of the action.

2. The Petition for Writ of Habeas Corpus (Doc. 4) is DISMISSED without prejudice for lack of jurisdiction.

3. The Clerk of Court is directed to NOTIFY the Petitioner.

4. The Clerk of Court is further directed to CLOSE this case.

                                     s/ John E. Jones III
                                     John E. Jones III
                                     United States District Judge